<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF Columbia</u>

| | |
|---|---|
| MONTGOMERY CARL AKERS, <br><br> PLAINTIFF, <br><br> V. <br><br> HARRELL WATTS, ET AL., <br><br> DEFENDANTS. | <u>CIVIL ACTION NO. 08-0140-UNA</u> <br><br> RESPONSE TO ORDER AND DECLARATION by THE PLAINTIFF FOR ORDER TO TEMPORARILY WAIVE THE INITIAL PARTIAL FILING FEE IN THIS MATTER |

COMES NOW THE PLAINTIFF MONTGOMERY CARL AKERS, IN PRO SE, WITH HIS RESPONSE TO THE ORDER OF THE COURT DATED JANUARY 15, 2008, FILED JANUARY 24, 2008, RECEIVED by THE PLAINTIFF ON JANUARY 28, 2008, AND IN SO DOING AVERS THE FOLLOWING IN SUPPORT THEREOF:

-1-

1. On or about January 08, 2008, the plaintiff supplied this court with the certified prisoner account statement by placing the same in the U.S. Mail, postage prepaid, to the Clerk of this Court, appurtenant to the civil filing in case No. 08-0140.

2. The plaintiff Montgomery Carl Akers hereby declares under oath and the penalty of perjury, that he is destitute and cannot pay an initial partial filing fee, at this time.

3. The plaintiff Montgomery Carl Akers avers that he is unable to pay an initial partial filing fee or any fee(s) at all due to the austere correspondence restrictions

placed upon him by the Federal Bureau of Prisons, which are the subject of his complaint herein.

4. The Plaintiff Montgomery Carl Akers cannot access the general public; his family; friends; or persons to assist him financially. The Plaintiff also has no prison employment or income from the same.

WHEREFORE, the Plaintiff Montgomery Carl Akers hereby moves this honorable court to waive the initial partial filing fee in order to begin litigation that can, by this Court's order, make provision for the payment of the full filing fee.

DATED: January 29, 2008

Respectfully Submitted,

Montgomery Carl Akers
Plaintiff, in pro se

-3-

## DECLARATION UNDER THE PENALTY OF PERJURY

I, THE PLAINTIFF MONTGOMERY CARL AKERS, IN PRO SE, SWEAR THAT THE INFORMATION CONTAINED IN MY RESPONSE TO ORDER AND DECLARATION FOR ORDER TO TEMPORARILY WAIVE THE INITIAL FILING FEE IN CASE NO. 08-0140, IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, UNDER THE PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. §. 1746.

SO SWEAR !!!!

S/ [signature]

Montgomery Carl Akers #02866-081
DATED: January 29, 2008
EXECUTED AT: U.S. PENITENTIARY - MAX
P.O. Box 8500
Florence, CO. 81226

-4-