UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY CARL AKERS     )<br>                                                      )<br>     Plaintiff                             )<br>                                                      )<br>     v                                          )<br>                                                      )<br>HARRELL WATTS, et al.,      )<br>     Defendant | Civil Action No. 08- 0140 EGS |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on February 27, 2008 from Unassigned (9098) to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical