UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia

RECEIVED

MAR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Montgomery Carl AKERS,
plaintiff,

V.

HARRELL WATTS, ET al.,
DEFENDANTS.

CIVIL ACTION. 08-0140-EGS

MOTION TO SERVE Summons
and Complaint upon THE
DEFENDANTS by THE UNITED
STATES MARSHAL SERVICE
by THE PLAINTIFF IN FORMA
PAUPERIS

Comes Now THE plaintiff Montgomery carl

AKERS, IN PRO SE, WITH THE above CAPTIONED

MOTION and IN SO doing AVERS THE Following

IN SUPPORT THEREOF:

1. PURSUANT TO RULE-4, FEDERAL RULES

OF CIVIL PROCEDURE, THE plaintiff has

been allowed TO PROCEED Forward IN THIS

action without prepayment of fees, there-
fore service of process will be made
by order of this Court upon each def-
endant by the United States Marshal
Service.

2. The plaintiff moves for an order
of this Court for service of the complaint
and summons upon all defendants.

3. As part of the order of this Court,
the plaintiff moves for the Court to notify
the pro se law clerk to provide the plain-
tiff with all necessary forms required by
the United States Marshal for service.

4. As part of the order of this

court, the plaintiff moves for the court

to notify the pro-se law clerk to

inform the plaintiff of all procedures

he must follow to ensure service of the

complaint and summons in this case.

Dated: March 05, 2008    Respectfully Submitted,

Montgomery Carl Akers
Plaintiff, In Pro Se
# 02866-081
U.S. Penitentiary-Max
P.O. Box 8500
Florence, Co. 81226

CERTIFICATE OF SERVICE / MAIL

I, THE UNDERSIGNED PLAINTIFF, HEREBY PLACE THE ATTACHED MOTION POSTAGE PRE-PAID, IN THE U.S. MAIL, THIS 5TH DAY OF MARCH, 2008, TO THE CLERK OF THE U.S. DISTRICT COURT, DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C., 20001.

S/ MCA

MONTGOMERY CARL AKERS
PLAINTIFF IN PRO SE



-4-