UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY CARL AKERS ) | |
| ) | Civil Action No.: 08-0140 (EGS) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| HARRELL WATTS ) | |
| Nation Appeals Coordinator ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| MICHAEL NALLEY ) | |
| Regional Director ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| R. WILEY ) | |
| Warden, US Penitentiary - ADX ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| CHRISTOPHER SYNSVOLL ) | |
| Legal Adviser, US Penitentiary - ADX ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| D.J. CRIST ) | |
| Special Investigative Agent, US Penitentiary-ADX ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| M BOND ) | |
| S.I.S. Technician, US Penitentiary - ADX ) | |
| Federal Bureau of Prisons ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the federal defendants in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Montgomery Carl Akers**, via U.S. Postage prepaid and addressed as follows:

MONTGOMERY CARL AKERS
R02866-081
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
PO Box 8500
Florence, CO 81226

                                                /s/
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney
                                       555 4th St., N.W.
                                       Washington, D.C. 20530
                                       (202) 514-7157
                                       kenneth.adebonojo@usdoj.gov