UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY C. AKERS, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 08-0140 (EGS) (ECF) |
| HARRELL WATTS, et al. ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Harrell Watts, Michael Nalley, R. Wiley, Christopher Synsvoll, D.J. Crist and M. Bond, in their official and individual capacity (collectively "Defendants"), respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due June 16, 2008. Defendants respectfully request to and including July 16, 2008, to file an answer or otherwise respond to the complaint. There is good cause to grant this request.

1.   Plaintiff, a *pro se* prisoner, brings this action alleging constitutional claims against Defendants that requires some additional work to complete, including consultations with Agency counsel.[1]

2.   The additional time is requested to enable the undersigned to confer with Agency counsel and because of other significant workload demands, including various motions due in both District and Circuit Courts.

---

[1] By way of this motion for an extension of time, Defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

     3.    Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[2]

Wherefore Defendants respectfully request that this motion be granted. A minute order is respectfully requested.

June 13, 2008                                   Respectfully submitted,

                                                    ___/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    _/s/_____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney

                                                    ___/s/_____
                                                    KENNETH ADEBONOJO
                                                   Assistant United States Attorney
                                                   Judiciary Center Building
                                                   555 4th Street, N.W. – Civil Division
                                                   Washington, D.C. 20530
                                                   (202) 514-7157
                                                   (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*."

## CERTIFICATE OF SERVICE

    I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Montgomery C. Akers
R# 02866-081
Florence ADMAX. USP
POB 8500
Florence, CO 81226


on this 13th day of June 2008.      /s/_____
                                                        KENNETH ADEBONOJO
                                                         Assistant United States Attorney