IN THE UNITED STATES DISTRICT COURT
DISTRICT OF Columbia

CIVIL ACTION NO. 08-CV-00140-EGS

RECEIVED
JUN 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MONTGOMERY CARL AKERS,
          PLAINTIFF,

VS.

HARRELL WATTS, ET al.,
          DEFENDANTS.

MOTION FOR CONTINUED SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS THAT HAVE NOT BEEN SERVED IN THIS MATTER

Comes now the plaintiff Montgomery Carl Akers, in pro se, with the above captioned matter and in so doing stipulates the following:

-1-

1. ON APRIL 01, 2008, THIS HONORABLE COURT ORDERED THE UNITED STATES MARSHAL SERVICE TO SERVE THE SUMMONS AND COMPLAINT IN THIS MATTER UPON ALL DEFENDANTS, INCLUDING THE UNITED STATES ATTORNEY AND U.S. ATTORNEY GENERAL. (doc. 8).

2. ON May 9, 2008, A RETURN OF SERVICE AFFIDAVIT OF SUMMONS AND COMPLAINT (AS EXECUTED) WAS FILED IN THIS COURT VERIFYING THAT PARTIES WERE SERVED EXCEPT THE FOLLOWING: DEFENDANT- HARRELL WATTS; DEFENDANT- CHRISTOPHER SYNSVOLL; DEFENDANT DENNA J. CRIST.

3. THE PLAINTIFF'S EFFORTS TO SERVE THESE DEFENDANTS REMAINS IN FORCE. THE PLAINTIFF HEREBY

moves this honorable Court to order service, once again, by the United States Marshal Service or by "Certified/Return Receipt Requested" postage thru the U.S. Mail, upon said defendants.

DATED: June 07, 2008

Respectfully Submitted,

/s/

Montgomery Carl Akers
Plaintiff, In Pro Se
#02866-081, U.S. Pen/Max
P.O. Box 8500
Florence, Co. 81226

-3-