UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY CARL AKERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0140 (EGS) |
| HARRELL WATTS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

It is hereby

ORDERED that plaintiff's motions for service of process by the United States Marshals Service [Dkt. #8, 15] are DENIED as moot, and his motion for appointment of counsel [Dkt. #12] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that plaintiff's motion to amend his complaint [Dkt. #16] is GRANTED. It is further

ORDERED that defendants' motion for an extension of time [Dkt. #14] is GRANTED *nunc pro tunc*, and the defendants shall file an Answer or other response to the complaint, as amended, by **July 16, 2008**.

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      July 2, 2008