UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY C. AKERS,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>HARRELL WATTS, et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0140 (EGS)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Harrell Watts, Michael Nalley, Michelle Bond, Ron Wiley, Christopher Synsvoll, and Dianna Krist ("Defendants") through counsel, respectfully request an enlargement of time until September 2, 2008, to file an answer or otherwise respond to Plaintiff's complaint.[1]  In support of this motion, Defendants state the following:

　　1.　　Plaintiff filed his pro se complaint on or about January 28, 2008, alleging Constitutional claims against Defendants.  Defendants' answer or response to the Complaint is tomorrow, July 16, 2008.

　　2.　　As is permitted by law, the aforementioned Defendants sought representation from the Department of Justice ("DOJ") pursuant to 28 C.F.R. § 50.15.

　　3.　　However, on June 19, 2008, Plaintiff filed a motion to amend/correct his complaint to add over forty additional Defendants, which the Court granted on July 2, 2008. These recently added Defendant may also seek to obtain legal representation from the DOJ like

---

[1]　　By way of this motion for an extension of time, the individual federal defendants do not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

the aforementioned Defendants. The decision whether to grant such representation is made by the Torts Branch of DOJ. If their requests are approved, the undersigned would likely represent these Defendants.

4. The undersigned is seeking an enlargement until September 2, 2008, in light of the number of additional Defendants named and the fact that serving the newly named Defendants and approving representation for each might take time.

5. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

July 15, 2008                                          Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." Therefore, the rule does not apply in this context.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Montgomery C. Akers
R# 02866-081
Florence ADMAX. USP
POB 8500
Florence, CO 81226

on this 15th day of July 2008.                    _____
                                                                    KENNETH ADEBONOJO
                                                                    Assistant United States Attorney