United States District Court

For The District of Columbia

Case No. 08-00140-EGS

Montgomery Carl Akers,
       Plaintiff,

v.

Harrell Watts, et al.,
       Defendants.

RECEIVED
JUL 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For Production And Service Upon The Plaintiff For Information And Case File Documents

Comes now the Plaintiff Montgomery Carl Akers, in Pro Se, with the above captioned motion and in so doing avers the following in support thereof:

-1-

1. The Plaintiff has contacted the Clerk's office of this Court inquiring into the contact information of attorney <u>Montgomery Sibley</u>, counsel in <u>United States v. Palfrey</u>, in this Court. It has been (3) months and no response from the Clerk's office for said information & Sibley's contact by order.

2. The Plaintiff wishes to subpoena and depose <u>Elisabeth T. Kidder</u> as a material witness in this case. Ms. Kidder's contact information can be supplied by the Clerk's office under Case No. <u>05-1094 (RBW)</u>.

3. The Plaintiff wishes to subpoena and

-2-

depose Danny STILLMAN as a material witness in this case. Mr. Stillman's contact information can be supplied by the Clerk's Office under Case No. 01-1342 (EGS).

4. The Plaintiff moves this Honorable Court for production of a "Filed" copy of his original complaint. The Plaintiff no longer has a copy of the same to incorporate into his First Amended Complaint.

Wherefore, the Plaintiff Montgomery Carl Akers moves this Honorable Court to grant this motion in the interest of justice: 1.

-3-

FOR ORDER(S) LISTED BELOW;

1. FOR ORDER DIRECTING THE OFFICE OF THE CLERK, DISTRICT OF COLUMBIA, TO PRODUCE AND SERVE UPON THE PLAINTIFF AT HIS ADDRESS OF RECORD THE FOLLOWING:

    " CONTACT INFORMATION FOR ATTORNEY <u>MONTGOMERY SIBLEY</u>, <u>U.S. V. PALFREY</u>;

    " CONTACT INFORMATION FOR <u>ELIZABETH T. KIDDER</u>, CASE NO. <u>05-1094 (RBW)</u>;

    " CONTACT INFORMATION FOR <u>DANNY STILLMAN</u>, CASE NO. <u>01-1342 (EGS)</u>;

    " ORDER FOR PRODUCTION AND SERVICE UPON THE PLAINTIFF A FILED COPY OF HIS ORIGINAL COMPLAINT.

DATED: July 21, 2008

RESPECTFULLY SUBMITTED,

Montgomery C. Akers

---

2. PLAINTIFF AND RECEIVE THE ORDER DENYING WITHOUT PREJUDICE HIS MOTION FOR APPOINTMENT OF COUNSEL.

-4-

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I served a copy of this completed appeal statement upon all parties to the appeal as follows:

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es) (list names and address(es) of parties served by mail):

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

MOTION FOR PRODUCTION AND SERVICE UPON THE PLAINTIFF INFORMATION AND CASE FILE DOCUMENTS

DATED this 21st day of July, 2008.

_____
Signature of ~~Appellant~~ PLAINTIFF

MONTGOMERY CARL AKERS
Print Name ~~of Appellant~~

#02866-081, U.S. PEN - MAX
P.O. BOX 8500
Address

FLORENCE, CO. 81226
City/State/Zip

N/A
Telephone

1. (CONTINUED) PLAINTIFF WILL CONTINUE TO TRY AND SECURE COUNSEL FOR THIS CASE.