UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Columbia

RECEIVED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MONTGOMERY CARL AKERS,

    PLAINTIFF,

NO. 08-0140 (EGS)

V.

HARRELL WATTS, ET AL.,

    DEFENDANTS.


MOTION OF NOTICE OF INTENT TO
WITHDRAW MOTION AND ORDER OF
THE COURTS GRANTING MOTION TO
AMEND THE COMPLAINT BY THE PLAINTIFF


COMES NOW THE PLAINTIFF MONTGOMERY

CARL AKERS, IN PRO SE, WITH THE ABOVE

CAPTIONED MOTION AND IN SO DOING AVERS

-1-

the following in support thereof:

1. On July 02, 2008, the Court granted the Plaintiff's Motion to Amend the Complaint in the above entitled matter.

2. Since that time the Court also denied the Motion for Appointment of Counsel in the same order.

3. The acts and actions of the defendants to be amended are continuing; and, new discovery is found daily. The Plaintiff anticipates that he will pursue allegations of violations of 18 U.S.C. S. 1961 (4) and 18 U.S.C. S. 1962(d) against all

-2-

amended defendants. In so doing, an amended complaint would be premature at this time without full specificity of defendant action's.

4. As well, the Plaintiff anticipates the assistance of retained counsel and legal support to electronically file his pleadings within the next (30) days.

Wherefore, the Plaintiff moves this honorable court to grant his motion to withdraw the order to amend the complaint at this time. The Defendant's counsel, Mr. Adenbonojo, has been notified of

-3-

this motion and can now respond to the original complaint as ordered.

DATED: July 29, 2008                    Respectfully Submitted,

                                        Montgomery C. Akers
                                        Plaintiff, In Pro Se

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I served a copy of this completed appeal statement upon all parties to the appeal as follows:

☐ By personally serving it upon him/her; or

☒ By mailing it by first class mail with sufficient postage prepaid to the following address(es) (list names and address(es) of parties served by mail): *Office of the Clerk, U.S. District Court, Dist. of Columbia, 333 Constitution Ave, N.W. Washington, D.C. 20001*

DATED this *29th* day of *July*, 20*08*.

_____
Signature of ~~Appellant~~ *Plaintiff*

*Montgomery C. Akers*
Print Name of ~~Appellant~~ *Plaintiff*

*#02866-081, P.O. Box 8500*
Address

*Florence, Co. 81226*
City/State/Zip

_____
Telephone